# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CELINDA VAZQUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BEIRUT MIX, a business of unknown form; GILRON PROPERTIES-PCH LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-09849-DSF-JPR<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

WHEREAS, Defendants THE BEIRUT MIX, a business of unknown form; GILRON PROPERTIES-PCH LLC, a California limited liability company (collectively, the "Defendants"), on one hand, and Plaintiff CELINDA VAZQUEZ ("VAZQUEZ"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by VAZQUEZ in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by VAZQUEZ in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: May 10, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE